## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Terence Hawkins

                                      Plaintiff,

v.                                                             Case No.: 1:21−cv−04777
                                                                        Honorable Charles R. Norgle Sr.

City of Harvey Police Department, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 15, 2022:

      MINUTE entry before the Honorable Charles R. Norgle: Court reviewed Parties' joint supplemental initial status report [17]. Parties must comply with FRCP 26 disclosures. A proposed agreed discovery schedule or plan is due by 4/4/2022. A joint written status report is due by 5/2/2022. Mailed notice (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.